IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 96-20585
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

OTIS GEORGE BRADEN,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Southern District of Texas
USDC No. H-95-CR-255
_____

April 11, 1997

Before KING, JOLLY, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Otis George Braden appeals his guilty plea conviction and
sentence for possession with intent to distribute cocaine base.
Braden's unconditional guilty plea bars him from challenging the
district court's ruling on his pretrial discovery motion. See
United States v. Smallwood, 920 F.2d 1231, 1240 (5th Cir. 1991).
Furthermore, the district court did not commit plain error by
failing to find that sentencing guideline and statutory provisions

_____

[*]Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.

relating to the carrying of a weapon during an offense were unconstitutional. See United States v. Owens, 996 F.2d 59, 61 (5th Cir. 1993). Finally, the court did not commit plain error in refusing to make a downward departure from the sentencing guidelines based upon the fact that Braden's behavior was "aberrant." See United States v. Burleson, 22 F.3d 93, 95 (5th Cir. 1994).

A F F I R M E D.